**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

James Kevin Bethel, Jr., Petitioner.

Appellate Case No. 2017-000096

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Deadra L. Jefferson, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-022
Heard May 23, 2018 – Filed May 30, 2018

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Deputy Attorney General Donald J. Zelenka, Senior Assistant Attorney General Melody Jane Brown, Assistant Attorney General Alphonso Simon, Jr., and Solicitor Daniel Edward Johnson, all of Columbia, for Respondent.

––––––––––––––

**PER CURIAM:**  We issued a writ of certiorari to review the decision of the court of appeals in *State v. Bethel*, Op. No. 2016-UP-473 (S.C. Ct. App. filed Nov. 9, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW, JAMES, JJ., and Acting Justice James E. Lockemy, concur.**